994 A.2d 522

IN THE MATTER OF GERALD J. COUNCIL,
A JUDGE OF THE SUPERIOR COURT.

May 3, 2010.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **GERALD J. COUNCIL,** a Judge of the Superior Court, be publicly reprimanded for violating *Canon* 1 (a judge should observe high standards of conduct so the integrity and independence of judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of judiciary), and *Canon* 3C(1) (a judge should disqualify himself in any proceeding in which the judge's impartiality might reasonably be questioned and when a person within a third-degree of relationship to the judge is a party to a proceeding) of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6) (a judge should not engage in conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And respondent, through counsel, having accepted the findings of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And the Court having determined that an admonition is the appropriate sanction for respondent's misconduct;

And good cause appearing;

It is ORDERED that the Court hereby adopts the findings of the Advisory Committee on Judicial Conduct and admonishes **GERALD J. COUNCIL,** a Judge of the Superior Court, for his violations of *Canons* 1, 2A, and 3C(1) of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6).